FILED

09/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0107

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0107

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

   v.                                    O R D E R

MICHAEL ALLEN ZEIMER,

     Defendant and Appellant.

_____

Upon consideration of Appellant's motion or extension to time, and good cause appearing.

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 28, 2021, within which to prepare, file, and serve Appellant's reply brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 20 2021